In the Matter of ZINBAR REALTY Co., INC., Respondent. CITY MASONS SUPPLY Co., INC., Appellant. (Two cases.)

(Argued February 8, 1932; decided March 3, 1932.)

*Samuel Okin* for appellant.

*Aaron Powsner* for respondent.

Orders affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.